UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

JOHN HAYNES, :
    Petitioner, :
:
v. : No. 2:14-cv-5623
:
KERESTES; THE DISTRICT ATTORNEY :
OF THE COUNTY OF PHILADELPHIA; :
and THE ATTORNEY GENERAL OF :
THE STATE OF PENNSYLVANIA, :
    Respondents. :
_____

# O R D E R

**AND NOW**, this 22nd day of June, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Haynes's objections, ECF No. 17, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 13, is **ADOPTED in part** as set forth in the Opinion;

3. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

                    BY THE COURT:

                    */s/ Joseph F. Leeson, Jr.*
                    JOSEPH F. LEESON, JR.
                    United States District Judge